UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:10-cv-81111

M.J.,

        Plaintiff,

vs.

JEFFREY EPSTEIN and
SARAH KELLEN,

        Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, MJ, and Defendants, JEFFREY EPSTEIN and SARA KELLEN, (collectively, "Parties"), by and through their undersigned counsel and pursuant to Rule 41 (A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice. Each party shall bear their own attorney's fees and costs. The Parties further stipulate that the Court shall retain jurisdiction to enforce the terms of the Parties' settlement and order thereon.

Dated this 13th day of December, 2010.

Respectfully Submitted,

FOWLER WHITE BURNETT P.A.
Attorneys for Defendant Jeffrey Epstein
Espirito Santo Plaza, 14TH Floor
1395 Brickell Avenue
Miami, FL 33131-3302
Telephone: (305)789-9200
Facsimile: (305)789-9201
E-mail: cknight@fowler-white.com

CHRISTOPHER KNIGHT
Florida Bar No.: 607363

FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
Attorneys for MJ
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
Telephone (954) 524-2820
Facsimile (954) 524-2822
E-mail: brad@pathtojustice.com

BRADLEY J. EDWARDS
Florida Bar No.: 542075

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12/13, 2010 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically filed Notices of Electronic Filing.

Respectfully Submitted,

By: /s/ Bradley J. Edwards
Bradley J. Edwards

## SERVICE LIST

M.J. v. Jeffrey Epstein
United States District Court, Southern District of Florida

Lilly Ann Sanchez
lsanchez@fowler-white.com
Christopher E. Knight
cknight@fowler-white.com
Helaine S. Goodner
hgoodner@fowler-white.com

FOWLER WHITE BURNETT PA
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, FL 33131-3302

Counsel for Defendant, Jeffrey Epstein

Paul G. Cassell, Esq.
Pro Hac Vice
332 South 1400 E, Room 101
Salt Lake City, UT 84112
801-585-5202
801-585-6833 Fax
cassellp@law.utah.edu

Co-counsel for Plaintiff